**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 143 (MJD/JGL)**

**This Document Relates to:**

**Walter Broom, et al. v. Bayer Corp. et al.** **Civil Case No. 02-126**

---

This matter is before the Court upon the motion of Jere L. Beasley, Andy D. Birchfield, Jr. and Melissa A. Prickett of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. to withdraw as counsel for Plaintiff. M. Shane Lucado has filed a notice of appearance on behalf of Plaintiff. Based on the submissions of counsel, the Court will grant the motion.

**IT IS HEREBY ORDERED** that the motion of Jere L. Beasley, Andy D. Birchfield, Jr. and Melissa A. Prickett of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. to Withdraw as Counsel for Plaintiff is **GRANTED**. M. Shane Lucado will represent the Plaintiff.

Date: MAR 23 [illegible]

Michael J. Davis

MICHAEL J. DAVIS
United States District Court