E-SERVED
04/26/04
04:24 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:** **Case No. 02-126 (MJD/JGL)**

**WALTER BROOM,**

**Plaintiff,**

**v.**

**BAYER CORPORATION,**

**Defendant.**

**RE-NOTICE OF DEPOSITION**

Please take notice that at **10:00 a.m.** on **Thursday, April 29, 2004,** at the offices of Bradley Arant Rose & White LLP, 1819 Fifth Avenue North, Birmingham, Alabama 35203, defendant Bayer Corporation will take the deposition of **David Broom** upon oral examination pursuant to the Federal Rules of Civil Procedure.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, for the purpose of discovery, of for use as evidence, or for both purposes in connection with this action. Said oral examination will continue from time to time until completed.

E-SERVED
04/26/04
04:24 PM ET
Baycol MDL 1431

*John David Owen*
John David Owen
One of the Attorneys for
Defendant Bayer Corporation

OF COUNSEL

James W. Gewin
F. M. Haston III
Anne Marie Seibel
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

M. Shane Lucado, Esq.
Law Offices of Shane Lucado LLC
Meadowbrook Corporate Park
300 Corporate Parkway, Suite 155
Birmingham, Alabama 35242

by facsimile and by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 26th day of April, 2004.

*John David Owen*
OF COUNSEL

E-SERVED
04/26/04
04:24 PM ET
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I, Rebecca Ostlund, certify that a true and correct copy was electronically served to counsel of record via Verilaw on April 26, 2004.

/Original Signature on File/
Rebecca Ostlund