E-SERVED
05/24/04
07:03 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:** **Case No. 02-126 (MJD/JGL)**

**WALTER BROOM,**

**Plaintiff,**

**v.**

**BAYER CORPORATION,**

**Defendant.**

**NOTICE OF DEPOSITION**

Please take notice that at **2:00 p.m**. on **Wednesday, May 26, 2004,** at 1524 Huffman Road, Birmingham, Alabama 35215, defendant Bayer Corporation will take the deposition of **Vijay Caplash, M.D.** upon oral examination pursuant to the Federal Rules of Civil Procedure.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, for the purpose of discovery, of for use as evidence, or for both purposes in connection with this action. Said oral examination will continue from time to time until completed.

E-SERVED
05/24/04
07:03 PM ET
Baycol MDL 1431

Anne Marie Seibel
One of the Attorneys for
Defendant Bayer Corporation

OF COUNSEL

James W. Gewin
F. M. Haston III
Anne Marie Seibel
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

William McGowin
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

M. Shane Lucado, Esq.
Law Offices of Shane Lucado LLC
Meadowbrook Corporate Park
300 Corporate Parkway, Suite 155
Birmingham, Alabama 35242

by facsimile and by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 24th day of May, 2004.

OF COUNSEL

E-SERVED
05/24/04
07:03 PM ET
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I, Rebecca Ostlund, certify that a true and correct copy was electronically served to counsel of record via Verilaw on May 24, 2004.

/Original Signature on File/
Rebecca Ostlund