E-SERVED
06/08/04
06:13 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:** **Case No. 02-126 (MJD/JGL)**

**Walter Broom,**

**Plaintiff,**

**v.**

**Bayer Corporation,**

**Defendant.**

## Motion to Dismiss Without Prejudice

**COMES NOW**, Plaintiff Walter Broom and moves this Honorable Court to dismiss this action in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure. As grounds thereto, the members of Plaintiff's family have decided not to pursue the action against Defendant Bayer Corporation commenced by the deceased Walter Broom based on personal reasons.

**Wherefore, Premises Considered,** the Estate of Walter Broom respectfully request that the Court dismiss the current action against Defendant Bayer Corporation without prejudice.

__/s/ Attorney Signature On File____________

M. Shane Lucado
Attorney for Plaintiff
Walter Broom

E-SERVED
06/08/04
06:13 PM ET
Baycol MDL 1431

**OF COUNSEL**:
Law Offices of M. Shane Lucado, L.L.C.
100 Corporate Parkway, Suite 425
Birmingham, AL 35242
(205) 278-0025
Fax: (205) 278-0030

E-SERVED
06/08/04
06:13 PM ET
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the above and foregoing all attorneys of record via electronic filing, facsimile or by mailing a copy of same via United States Mail, properly addressed and first-class postage prepaid, on this the _8th__ day of _June_, 2004.

F.M. Hatson, III, Esq. (via facsimile and 1st class mail)
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

William McGowan, Esq. (via facsimile and 1st class mail)
BRADLEY ARANT ROSE & WHITE, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

___/s/ Attorney Signature On File____________

M. Shane Lucado