E-SERVED
06/09/04
06:31 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**

*Walter Broom v. Bayer Corp.* : Case No. 02-126

**DEFENDANT BAYER CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff filed a Motion to Dismiss this action *without* prejudice for "personal reasons" on June 8, 2004. This case, however, is an "Eligible" Program case pursuant to PTO 89 and, since being transferred to this MDL by CTO-1, case-specific discovery has been nearly completed. This Court already has determined that dropped PTO 89 cases should be dismissed *with* prejudice. Tr. of Oct. 9, 2003, at 115 ("[D]ealing with PTO 89, these matters will be dismissed with prejudice unless good cause is shown why they should not be dismissed with prejudice."). As plaintiff has not made a showing of good cause, Bayer opposes plaintiff's motion for dismissal without prejudice, but is willing to stipulate to a dismissal of this action with prejudice.

Dated: June 9, 2004

/s/signature on file
Peter W. Sipkins (#101540)
Elizabeth S. Wright (#184111)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
Phone: 612-340-2600

E-SERVED
06/09/04
06:31 PM ET
Baycol MDL 1431

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Phone: 312-853-7000

Philip S. Beck
Adam L. Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 3000
Chicago, IL 60610
Phone: 312-494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street N.W.
Washington, D.C. 20005
Phone: 202-736-8000

Richard K. Dandrea
ECKERT SEAMANS CHERIN & MELLOTT LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: 412-566-6000

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.,W.
Washington, D.C. 20005
Phone: 202-434-5000

*Counsel for Bayer Corporation*